1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  LEO R. MONTENEGRO, SBN NY 2616118
5  Special Assistant United States Attorney
           333 Market Street, Suite 1500
6          San Francisco, California 94105          *E-FILED - 12/23/09*
7          Telephone: (415) 977-8983
           Facsimile: (415) 744-0134
8          E-Mail: Leo.R.Montenegro@ssa.gov

9  Attorneys for Defendant

10                       UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
11

12 JAMES LEWIS FORD,            )    CIVIL ACTION NO. 09-00637-RMW
           Plaintiff,           )
13                              )    STIPULATION AND ORDER
           v.                   )    FOR A FIRST EXTENSION OF TIME
14                              )
15 MICHAEL J. ASTRUE,           )
   Commissioner of Social Security, )
16         Defendant.           )
17 _____ )

18
        The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance
19
   of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to
20
   Plaintiff's motion for summary judgment. Counsel for the Defendant is currently considering
21
   settlement of this case, which necessitates further communication with the client.
22
        The current due date is December 7, 2009. The proposed new due date will be January 6,
23
   2010.
24
25
26
27
28

                                                  1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                          Respectfully submitted,

Dated: December 7, 2009         */s/ James Hunt Miller*
                                          JAMES HUNT MILLER
                                          (as authorized via e-mail)

                                          Attorney for Plaintiff


                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

Date: December 7, 2009          By *s/ Leo R. Montenegro*
                                          LEO R. MONTENEGRO
                                          Special Assistant U. S. Attorney

                                          Attorneys for Defendant

OF COUNSEL TO DEFENDANT:

DANIEL P. TALBERT
Assistant Regional Counsel, Region IX
Social Security Administration


                                          ORDER

APPROVED AND SO ORDERED.

DATED: __12/23/09_____     *Ronald M. Whyte* (signature)
                                          RONALD M. WHYTE
                                          UNITED STATES DISTRICT JUDGE