JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
LEO R. MONTENEGRO, SBN NY 2616118
Special Assistant United States Attorney
   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone: (415) 977-8983
   Facsimile: (415) 744-0134
   E-Mail: Leo.R.Montenegro@ssa.gov

Attorneys for Defendant

*E-FILED - 1/21/10*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FORD,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | CIVIL ACTION NO. 09-00637-RMW<br><br>STIPULATION FOR REMAND<br>PURSUANT TO SENTENCE FOUR<br>OF 42 U.S.C. § 405(g), AND REQUEST<br>FOR JUDGMENT IN FAVOR OF<br>PLAINTIFF AND AGAINST DEFENDANT<br>AND ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to take the following actions:

The ALJ will grant Plaintiff a new hearing, and Plaintiff may submit new evidence. The ALJ will obtain the testimony of a medical expert to review the medical evidence relating to the period prior to December 3, 2007, and provide guidance regarding the nature and severity of Plaintiff's impairments and an earlier date of onset.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: January 6, 2010

*/s/ James Hunt Miller*
(as authorized via telephone)
JAMES HUNT MILLER
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 6, 2010

By *s/ Leo R. Montenegro*
LEO R. MONTENEGRO
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL TO DEFENDANT:

DANIEL P. TALBERT
Assistant Regional Counsel, Region IX
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: 1/21/10

RONALD M. WHYTE
UNITED STATE DISTRICT JUDGE