1   JOSEPH P. RUSSONIELLO, CSBN 44332
2   United States Attorney
    LUCILLE GONZALES MEIS, SBN CO 15153
3   Regional Chief Counsel, Region IX
    Social Security Administration
4   LEO R. MONTENEGRO, SBN NY 2616118
5   Special Assistant United States Attorney
        333 Market Street, Suite 1500
6       San Francisco, California 94105              ***E-FILED - 1/21/10***
7       Telephone:  (415) 977-8983
        Facsimile:  (415) 744-0134
8       E-Mail: Leo.R.Montenegro@ssa.gov

9   Attorneys for Defendant

10                   UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
11

12  JAMES FORD,                     )   CIVIL ACTION NO. 09-00637-RMW
            Plaintiff,              )
13                                  )
                                    )
14      v.                          )   STIPULATION FOR REMAND
                                    )   PURSUANT TO SENTENCE FOUR
15  MICHAEL J. ASTRUE,              )   OF 42 U.S.C. § 405(g), AND REQUEST
    Commissioner of Social Security,)   FOR JUDGMENT IN FAVOR OF
16          Defendant.              )   PLAINTIFF AND AGAINST DEFENDANT
17  _____)         AND ORDER

18          IT IS HEREBY STIPULATED, by and between the parties, through their respective

19  counsel of record, that this action be remanded to the Commissioner of Social Security for further

20  administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C.

21  § 405(g), sentence four.

22          On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to take

23  the following actions:

24          The ALJ will grant Plaintiff a new hearing, and Plaintiff may submit new evidence.  The

25  ALJ will obtain the testimony of a medical expert to review the medical evidence relating to the

26  period prior to December 3, 2007, and provide guidance regarding the nature and severity of

27  Plaintiff's impairments and an earlier date of onset.

28

1    The parties further request that the Clerk of the Court be directed to enter a final judgment

2  in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final

3  decision of the Commissioner.

4                                           Respectfully submitted,

5  Dated: January 6, 2010              /s/ James Hunt Miller
                                        (as authorized via telephone)
6                                       JAMES HUNT MILLER
7                                       Attorney for Plaintiff

8                                       JOSEPH P. RUSSONIELLO
9                                       United States Attorney

10 Dated: January 6, 2010           By s/ Leo R. Montenegro
                                        LEO R. MONTENEGRO
11                                      Special Assistant U.S. Attorney

12                                      Attorneys for Defendant
13

14 OF COUNSEL TO DEFENDANT:

15 DANIEL P. TALBERT
   Assistant Regional Counsel, Region IX
16 Social Security Administration
17

18                                      ORDER

19 APPROVED AND SO ORDERED:

20 DATED:___1/21/10_____      _Ronald M. Whyte_____

21                                      RONALD M. WHYTE
                                        UNITED STATE DISTRICT JUDGE
22

23

24

25

26

27

28